UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ABRAHAM I. AWWAD,

    Plaintiff,

v.                           Case No. 8:11-cv-1638-T-24 TBM

LARGO MEDICAL CENTER, INC.,

    Defendant.
_____/

**ORDER**

This cause comes before the Court on the parties' Joint Motion to Extend Deadlines. (Doc. No. 86). In this motion, the parties explain their efforts to diligently complete discovery in the case and request a three month extension to the discovery and dispositive motion deadlines. While the Court will grant the requested extensions, the Court must also move the pretrial conference and trial dates by three months so that the Court will have enough time to rule on any dispositive motions prior to the pretrial conference. The Court will issue a third amended scheduling order.

**DONE AND ORDERED** at Tampa, Florida, this 15th day of October, 2012.

                                                   SUSAN C. BUCKLEW
                                                   United States District Judge

Copies to: Counsel of Record